1
2
3
4

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE HARTFORD CASUALTY INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>    v.<br><br>KENNETH M. MALAVOS, et al,<br><br>        Defendants. | 1:04-cv-6016 OWW LJO<br><br>ORDER CORRECTING MEMORANDUM DECISION AND ORDER RE: MOTION FOR RECONSIDERATION OF MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS<br><br>        <u>AND</u><br><br>ORDER TO SHOW CAUSE |

   The Memorandum Decision and Order Re: Motion For Reconsideration of Magistrate Judge's Findings and Recommendations and Order To Show Cause filed August 3, 2005 is corrected as follows:

   The sentence beginning at Page 18, Line 27:

1. Plaintiff's motion to strike the Growers' motion to set aside default is <u>DENIED</u>;

1

1
2  Dated: August 4, 2005          /s/ OLIVER W. WANGER
3                                 United States District Judge
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28