UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THE HARTFORD CASUALTY, etc., | ) | |
| | ) | |
| Appellant, | ) | 1:04-cv-6016 OWW LJO |
| | ) | |
| v. | ) | |
| | ) | |
| KENNETH M. MALOVOS, et al., | ) | ORDER DISMISSING ACTION |
| | ) | |
| Defendant | ) | |

On July 6, 2005, this Court issued a Memorandum Decision and Order Re: Defendant's Motion to Compel Arbitration and Order To Show Cause why the action should not be dismissed.

On August 12, 2005, the plaintiff responded to the Order To Show Cause and accepted that the matter should be dismissed.

IT IS THEREFORE ORDERED that this action is dismissed.

Dated:   August 15, 2005           /s/ OLIVER W. WANGER
                                    _____
                                    OLIVER W. WANGER
                                    United States District Judge

1